# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 1:04-CR-0287 |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **ALTIMONT WILKES** | : | |

## **ORDER**

Presently before the court is defendant Altimont Wilks's motion (Doc. 139) to correct the pre-sentence report wherein Wilks asks this court to alter his pre-sentence report, and, thus, reduce his sentence based on, *inter alia*, disputed drug types and amounts and a firearm enhancement, (See Doc. 139, ¶ 2), and the court noting that this motion is in direct violation of this court's July 22, 2011 order in which the court acknowledged that it had already made a finding that Wilks was not entitled to a sentencing reduction, (see Docs. 132 & 138), and that Wilks was free to proceed *pro se* only insofar as he was not seeking to file additional motions requesting a sentence reduction, and therefore, it is hereby ORDERED that the motion (Doc. 139) is DENIED.

                                                           S/ Christopher C. Conner
                                                        CHRISTOPHER C. CONNER
                                                        United States District Judge

Date:        October 17, 2012